UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAIME EDGARDO GALDAMEZ ORTEGA,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER, *et al.*,

Respondents.

Case No.:  26-cv-131-JO-MMP

**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]**

Petitioner Jaime Edgardo Galdamez Ortega ("Petitioner") filed a petition for writ of habeas corpus.  Dkt. 1.  On January 26, 2026, the Court held oral argument on the petition.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1].

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 27, 2026, under the same conditions as his most recent release on recognizance. Respondents are ORDERED to file an affidavit attesting to Petitioner's release by 5 p.m. on January 28, 2026.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge, at which the Government

1

26-cv-131-JO-MMP

bears the burden of proving by clear and convincing evidence that circumstances have materially changed, rendering Petitioner a danger to the community or a flight risk. *Singh v. Holder*, 638 F.3d 1196, 1203–05 (9th Cir. 2011).

(4) Respondents shall file a written declaration attesting to full compliance with these obligations. Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: January 26, 2026

_____

Honorable Jinsook Ohta
United States District Judge

2

26-cv-131-JO-MMP